IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MESIVTHA TIFERETH JERUSALEM,<br><br>Plaintiff,<br><br>v.<br><br>SOVEREIGN BANK and STATEN ISLAND BANK & TRUST,<br><br>Defendants. | 12-CV-1301 (WFK) (MDG) |

**DISCLOSURE STATEMENT PURSUANT TO**
**RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sovereign Bank, now known as Sovereign Bank, N.A., through its undersigned counsel, states that it is a nongovernmental party with the following parent corporation(s) and publicly held corporation(s) that own 10% or more of its stock. Sovereign Bank, N.A., a national bank, is a wholly owned subsidiary of Santander Holdings USA, Inc., a Virginia Corporation. Effective January 30, 2009, Banco Santander S.A. acquired all of the outstanding common stock of Sovereign Bancorp, Inc., now known as, Santander Holdings USA, Inc. (corporate name change effective February 3, 2010).

Date: New York, New York
March 20, 2012

SCHIFF HARDIN LLP

By: /s/ Mathew B. West
Mathew B. West (MW 9117)
mwest@schiffhardin.com

666 Fifth Avenue
New York, New York 10103
(212) 753-5000

*Attorneys for Sovereign Bank, N.A.*

NY\51068278.1