```
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
MESIVTHA TIFERETH JERUSALEM,          :
                                      :
              Plaintiff,              :
                                      :
      - against -                     :   12-CV-1301 (WFK) (MDG)
                                      :
SOVEREIGN BANK and STATEN ISLAND      :
BANK & TRUST,                         :
                                      :   DEMAND FOR JURY TRIAL
              Defendants.             :
- - - - - - - - - - - - - - - - - - -x
SOVEREIGN BANK, N.A.,                 :
                                      :
        Third-Party Plaintiff,        :
                                      :
      - against -                     :
                                      :
YEHUDA RUBIN and RACHEL SACHS,        :
                                      :
        Third-Party Defendants.       :
- - - - - - - - - - - - - - - - - - -x
```

     Pursuant to Rules 38 and 81, Fed.R.Civ.P., plaintiff Mesivtha Tifereth Jerusalem, by its undersigned attorneys, hereby demands a jury trial.

Dated:   New York, New York
         March 26, 2012

                                    Yours, etc.,

                                    Law Offices of LEE M. NIGEN
                                    26 Court Street, Suite 1013
                                    Brooklyn, New York 11242
                                    (347) 294-0661
                                    By:

                                    STANLEY K. SHAPIRO, Esq.
                                    225 Broadway, Suite 1803
                                    New York, New York 10007
                                    (212) 693-1076

                                    Attorneys for Plaintiff

To:   SCHIFF HARDIN LLP
      Attorneys for Defendants

```
666 Fifth Avenue
New York, New York 10103
(212) 753-5000
```