**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

Mesivtha Tifereth Jerusalem

  -v-                                                                          CV 12-1301(WFK)

Sovereign Bank

-----------------------------------------------------------X

## NOTICE SCHEDULING AN ARBITRATION HEARING

The Arbitration hearing has been scheduled and set for **June 22, 2012 @ 10:00 a.m.**

     **Effective November 1, 2010**, counsel will be required to select the Arbitrator to hear the case from the Court's Panel of Arbitrators. The Court's Panel of Arbitrators can be found at www.nyed.uscourts.gov/adr.
The Arbitrator must be selected and the notice filed with the Court on or before **5/22/2012.**

## ARBITRATOR SELECTION

### Steps for Selecting An Arbitrator:

1. Select one Arbitrator from the Court's Panel of Arbitrators at: www.nyed.uscourts.gov/adr  2. Contact the Arbitrator to confirm the arbitrator's availability on the date set forth.
3. File the attached Stipulation for Selection of an Arbitrator via ECF to the Docket.  Forward a copy of the Stipulation Selecting an Arbitrator to: rita_credle@nyed.uscourts.gov.

The Stipulation confirms the name of the Arbitrator, the date of the Arbitration hearing and the place of the hearing. The Court will issue an Order after the selection is made.

     If the hearing will be held at the U.S. District Court,EDNY, 225 Cadman Plaza East, Brooklyn, NY, counsel must advise the Arbitration Clerk of the need for a conference room at the Courthouse at least 14 days prior to the hearing.

## DISCOVERY
     The Standard Local Arbitration Rules specify that the parties have 120 days to complete discovery. The rules governing discovery are subject to change as other deadlines may be specified by the District Court Judge or Magistrate Judge. The District Court Judge may refer the matter to a Magistrate Judge for the purposes of discovery. Rules governing Arbitration can be found at **www.nyed.uscourts.gov/adr**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

Mesivtha Tifereth Jerusalem

  -v-                                                               CV 12-1301(WFK)

Sovereign Bank

-----------------------------------------------------------X

## PROCEDURE FOR REQUESTING AN ADJOURNMENT

     **Attorneys are not authorized to change the hearing date.** All requests to adjourn must be submitted at least 14 days prior to the scheduled hearing. The motion must be filed via ECF. Telephone calls to adjourn a hearing will not be accepted. **The motion should specify the new hearing date and the availability of the arbitrator (if one has been selected) to hear the case on the new hearing date.**

     The Arbitrator may adjourn the arbitration hearing, once, provided the hearing is rescheduled within a 30 day period. The Arbitrator may not adjourn an arbitration hearing where the date has been set by the Court (District Court Judge or Magistrate Judge) or Arbitration Clerk.

     If a hearing date has been set by the Court, counsel must seek approval to adjourn the arbitration hearing from <u>the Court not</u> the Arbitrator. The Arbitrator may adjourn a hearing set by the Court only if the Court has given the Arbitrator authority to do so.

The Federal Rules of Evidence shall be used as guides to the admissibility of evidence. Copies of photographs of all exhibits, except those intended solely for impeachment, must be marked for identification and delivered to adverse parties at least ten days prior to the hearing.

   A party may have a recording and transcript made of the arbitration hearing, but that party shall make all necessary arrangements and bear all expenses thereof.

   All correspondence regarding this hearing, including requests to change the date must be filed electronically (ECF). When an arbitrator has been designated to hear the case, he or she must be made aware of settlement of the case. Rita Credle
email:rita_credle@nyed.uscourts.gov
Dated: 3/29/2012

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

Mesivtha Tifereth Jerusalem

  -v-                                                        CV 12-1301(WFK)

Sovereign Bank

---------------------------------------------------------X

**STIPULATION FOR SELECTION OF ARBITRATOR**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. The Arbitration hearing will be held on _____

2. The following Arbitrator has been selected from the Court's Panel of Arbitrators

Name of
Arbitrator: Firm
Address fax:
email:

3. The hearing will take place at: _____

4.Dated:_____


_____        _____
ATTORNEY FOR THE PLAINTIFF        ATTORNEY FOR THE DEFENDANT

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

Mesivtha Tifereth Jerusalem

  -v-	CV 12-1301(WFK)

Sovereign Bank

-----------------------------------------------------------X