FW: MTJ v. Sovereign/12-CV-1301/Arbitrator
West, Mathew B.
to:
Rita M. Credle (rita_credle@nyed.uscourts.gov)
06/01/2012 12:46 PM
Cc:
"Stanley K. Shapiro (StanleyKShapiro@aol.com)"
Show Details

1 Attachment


image001.gif

Dear Ms. Credle:

    The parties haves selected Dennis Drebsky to serve as arbitrator in the above reference matter.

Regards,

Matt West



Download vCard
View Bio

**Mathew B. West**
Counsel

666 Fifth Ave
Suite 1700
New York, NY 10103
www.schiffhardin.com

*t* 212.745.0851
*f* 212.753.5044
*e* mwest@schiffhardin.com

------------------------------------------------------------------
Tax Matters: To the extent this message or any attachment concerns
tax matters, it is not intended or written to be used, and cannot
be used by a taxpayer, for the purpose of avoiding penalties
that may be imposed on the taxpayer under law.
------------------------------------------------------------------
This message and any attachments may contain confidential
information protected by the attorney-client or other privilege.
If you believe that it has been sent to you in error,
please reply to the sender that you received the message in
error. Then delete it. Thank you.
------------------------------------------------------------------