**United States District Court**
**Eastern District of New York**
-----------------------------------------------------X

**Mesivtha Tifereth Jerusalem**

-v-                                                                          CV 12-1301(WFK)

**Sovereign Bank, et al**
-----------------------------------------------------X

<u>**NOTICE RESCHEDULING ARBITRATION HEARING**</u>

The Arbitration hearing has been rescheduled by the Arbitrator, from<u>: June 22, 2012  to July 20, 2012  @ 10:00 a.m.</u>  at the office of the Arbitrator, Dennis Drebsky, Nixon Peabody, 437 Madison Avenue  New York, NY 10022

If the case should settle, please notify the Arbitrator and the Court  promptly.   Attorneys are not authorized to adjourn this hearing.  <u>Any further request to adjourn this hearing must be submitted via ECF addressed to the Court (not the Arbitration Clerk)</u>.

          **IMPORTANT**

```
    Confirm that you will be ready to proceed with the hearing on
the above date, in writing, at least 24 hours prior to your
hearing.  An Order to Show Cause hearing may be scheduled for
this case if it does not commence as scheduled.
```

Dated: 6/08/2012
rita_credle@nyed.uscourts.gov

**To: Attorneys**:

**You cannot change this hearing date unless you have written permission from the arbitrator  or a judge from this court.     Settlement of this case, including tentative settlement, should be reported to the Court, via ECF and reported to the Arbitrator  - immediately.   Phone calls will not be accepted.**  Failure to comply could result in an Order to Show Cause hearing before the assigned Magistrate Judge.

Effective August 2004, the Eastern District of New York implemented Electronic Case Filing (ECF) .   All documents must be filed electronically.  If you are not registered for ECF, call 718-613-2571 for further information.    All requests, including requests to adjourn must be in writing and  forwarded to the Judge, with a copy to the Arbitrator and the Court.      Please note that the Arbitrator ***cannot*** extend discovery, this must be done by t he court.

**To:  Arbitrators**:

   Attached is an Order appointing you arbitrator to hear this case.  A copy of this Order has also been  sent to the attorneys.  You may change the hearing date if necessary, one time only, (provided that the hearing is rescheduled within a 30 day period).    The attorneys are responsible for providing you with the pleadings for the case.

  The Arbitration Award forms and the Local Arbitration Rules may be downloaded from our ADR website at:  www.nyed.uscourts.gov/adr.

rita_credle@nyed.uscourts.gov