UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
Mesivtha Tifereth Jerusalem
    -v-                                CV 12-1301(WFK)
Sovereign Bank, et al
----------------------------------------------------X

## ORDER FOR APPOINTING OF ARBITRATOR

The Arbitration Hearing will be held on  July 20, 2012 @ 10: 00 a.m.  before the following Arbitrator(s) selected from the U.S. District Courts Panel of Arbitrators:
Dennis J. Drebsky
Nixon Peabody
437 Madison Avenue
New York, NY 10022
Tel. 212-940-3000    Fax: 212-940-3111    Email: ddrebsky@nixonpeabody.com

**The Hearing will held at** : at the office of the Arbitrator, Dennis Drebsky,  Nixon Peabody, 437 Madison Avenue, NY, NY 10022

DISCLOSURE    No Arbitrator may serve in any matter in violation of the standards set forth in Section 455, Title 28 U.S. Code.  The Arbitrator shall promptly disclose in writing to all counsel any concern the Arbitrator may have that a circumstance covered by subparagraph (a) might exist; i.e., any circumstance in which the Arbitrator s impartiality might reasonably be questioned.

ADJOURNMENT

Counsel are not authorized to change the hearing date set forth in this Order.
The Arbitrator is authorized to change the time and date of the hearing, once, provided the hearing is rescheduled and reset within 30 days of the hearing date set forth in this Order. Continuances beyond a 30 day period must be approved by the Court.   All request to adjourn must be posted to the ECF docket.
Telephone calls requesting adjournment are not permitted.
ELECTRONIC CASE FILING:   Pursuant to Administrative Order 2004-08, all correspondence related to this case, including request to adjourn a hearing, must be filed electronically.
Counsel for plaintiff shall notify all parties, including the Arbitrator, of settlement or dismissal of the case.
Dated: June 14, 2012
Brooklyn, New York

                                                                          WFK
                                     UNITED STATES DISTRICT COURT JUDGE