

**NIXON PEABODY**LLP
ATTORNEYS AT LAW

437 Madison Avenue
New York, New York 10022-7039
(212) 940-3000
Fax: (212) 940-3111
Direct Dial: (212) 940-3091
E-Mail: ddrebsky@nixonpeabody.com

August 6, 2012

Honorable William F. Kuntz, II
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: MTJ v. Sovereign Bank 12 Civ. 1301 (WFK)

Dear Judge Kuntz:

I am the arbitrator appointed by the Court in the above referenced case. The arbitration is currently scheduled to commence on August 20, 2012.

However, I am informed that the parties have had some discovery disputes and are in the process of scheduling documentary discovery and depositions. After conferring with the parties, I believe it appropriate to adjourn the arbitration for 60 days to allow discovery to proceed and make the arbitration more meaningful. I would therefore request that the arbitration be ordered adjourned until October 19, 2012.

Sincerely,

Dennis J. Drebsky

DJD/ap

cc: Mag. M. Go
    Stanley Shapiro, Esq.
    Matthew West, Esq.

14092853.1