UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MESIVTHA TIFERETH JERUSALEM,

                              Plaintiff,

      - against -

SOVEREIGN BANK and STATEN ISLAND
BANK & TRUST,

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12-CV-1301 (WFK) (MDG)

<u>STIPULATION OF DISMISSAL</u>

      IT IS HEREBY AGREED TO AND STIPULATED by and between the undersigned attorneys of record for all parties that the above-entitled action be and the same hereby is voluntarily dismissed with prejudice and without costs against the other.

Dated: New York, New York
          June 11, 2013

_____
STANLEY K. SHAPIRO, Esq.
Attorney for Plaintiff

225 Broadway, Suite 1803
New York, New York 10007
(212) 693-1076

_____
Mathew B. West, Esq.
SCHNADER HARRISON
Attorneys for Defendants
140 Broadway, Suite 3100
New York, New York 10005
(212) 973-8087